UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER S. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:03-cv-2025-DFH-WTL |
| | ) |
| RESORT CONDOMINIUMS | ) |
| INTERNATIONAL, LLC, | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court has today issued its ruling on defendant's motion for summary judgment and other pending motions. It is THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Jennifer S. Turner take nothing by her complaint against defendant Resort Condominiums International, LLC, and that this action is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs.

Date: July 13, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

-2-

Copies to:

Kevin W. Betz
BETZ & ASSOCIATES
kbetz@kbetzlaw.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
bonnie.martin@odnss.com